IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST f/k/a THE
JAMES H. ANDERSON LIVING TRUST;
THE PRITCHETT LIVING TRUST;
CYNTHIA W. SADLER; SHIRLEY L.
SCANLON LIVING TRUST AND ROBERT
WESTFALL,

      Plaintiffs,

vs.                                              No. CIV 12-0039 JB/KBM

CONOCOPHILLIPS COMPANY, LLC,

      Defendant.

## ORDER[1]

**THIS MATTER** comes before the Court on the Defendant's Motion to Dismiss Claims in Plaintiffs' Second Amended Complaint, filed October 18, 2013 (Doc. 97)("Motion"). The Court held a hearing on September 2, 2014. The Court will grant in part and deny in part the Motion.

**IT IS ORDERED** that the Defendant's Motion to Dismiss Claims in Plaintiffs' Second Amended Complaint, filed October 18, 2013 (Doc. 97), is granted in part and denied in part.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of the Defendant's Motion to Dismiss Claims in Plaintiffs' Second Amended Complaint, filed October 18, 2013 (Doc. 97). The Court will, however, at a later date issue an opinion more fully detailing the rationale for its decision.

*Counsel*:

Stan Koop
Stan Koop, PLLC
Norman, Oklahoma

--and--

Karen Aubrey
Law Office of Karen Aubrey
Santa Fe, New Mexico

--and--

Stephen R. McNamara
Brian Inbody
McNamara, Inbody & Parrish, PLLC
Tulsa, Oklahoma

--and--

Brian K. Branch
The Law Office of Brian K. Branch
Albuquerque, New Mexico

--and--

Turner W. Branch
Cynthia Zedalis
Branch Law Firm
Albuquerque, New Mexico

--and--

Bradley D. Brickell
Brickell & Associates, P.C.
Norman, Oklahoma

  *Attorneys for the Plaintiffs*

Michael B. Campbell
Campbell Trial Law, LLC
Santa Fe, New Mexico

--and--

Mark F. Sheridan
Bradford C. Berge
Robert J. Sutphin
Holland & Hart LLP
Santa Fe, New Mexico

    *Attorneys for the Defendant*