**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

THE ANDERSON LIVING TRUST f/k/a The James H. Anderson Living Trust, THE PRITCHETT LIVING TRUST; CYNTHIA W. SADLER; SHIRLEY L. SCANLON LIVING TRUST; ROBERT WESTFALL; LEE WILEY MONCRIEF 1988 TRUST, and NEELY-ROBERTSON REVOCABLE FAMILY TRUST,

Plaintiffs,

vs. No. CIV 12-0039 JB/SCY

CONOCOPHILLIPS COMPANY, LLC.,

Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Plaintiffs' Opposed Motion to Approve Notice for Class Members Pursuant to Fed. R. Civ. P. 23 And Unopposed To Extend Time, filed May 15, 2025 (Doc. 482)("Motion"). The primary issue is whether the Plaintiff's proposed Notice of Class Action, filed June 2, 2025 (Doc. 485-1)("Class Action Notice"), accurately represents the Court's defined class. The Court concludes that the Class Action Notice improperly includes individuals whose oil and gas wells are located in the San Juan Basin in Colorado. In the Court's Memorandum Opinion and Order, filed March 28, 2025 (Doc. 455), the Court certifies a narrower class definition that limits the Class to those whose wells in the San Juan Basin of New Mexico produced raw gas, among other requirements. See MOO at 168, 173, 186 (concluding that the "New Class" definition meets rule 23(a) and rule 23(b)(3) of the Federal Rules of Civil Procedure requirements and certifying the New Class). The Plaintiffs first propose the narrower New Class of only those whose wells are in New Mexico. See MOO at 15. Because the Court certifies a class of individuals whose gas wells are located in the San Juan Basin in New Mexico only, the

Plaintiffs' Class Action Notice improperly includes those who "receive royalty and/or overriding royalty payments from ConocoPhillips Company for production from oil and gas wells located in the San Juan Basin in New Mexico and Colorado." Class Action Notice at 1. The Class Action Notice must include only New Mexico, and it must omit Colorado.

Lastly, the Plaintiffs also request to extend the mailing notice deadline from May 22, 2025 to June 5, 2025, and the corresponding opt-out deadline from June 19, 2025, to July 3, 2025. See Motion at 2. Because both the original and proposed deadlines have passed at the time of filing this Memorandum Opinion and Order, the Court denies these requests as moot.

**IT IS ORDERED** that: (i) the Plaintiffs' Opposed Motion to Approve Notice for Class Members Pursuant to Fed. R. Civ. P. 23 And Unopposed To Extend Time, filed May 15, 2025 (Doc. 482), is denied; (ii) the Plaintiffs must amend the Notice of Class Action, filed June 2, 2025 (Doc. 485-1), to exclude individuals who receive royalty payments from ConocoPhillips Company for production from oil and gas wells located in the San Juan Basin in Colorado; and (iii) the Plaintiffs' request to extend the mailing notice deadline and the opt-out deadline is denied.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Brian K. Branch
The Law Office of Brian K. Branch
Albuquerque, New Mexico

-- and --

Bradley D. Brickell
Brickell & Associates, P.C.
Norman, Oklahoma

*Attorneys for the Plaintiffs*

Mark F. Sheridan
Robert J. Sutphin
John C. Anderson
Adam G. Rankin
Holland & Hart LLP
Santa Fe, New Mexico

*Attorneys for the Defendant*