IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ANDERSON LIVING TRUST f/k/a The
James H. Anderson Living Trust, THE
PRITCHETT LIVING TRUST; CYNTHIA W.
SADLER; SHIRLEY L. SCANLON LIVING
TRUST; ROBERT WESTFALL; LEE WILEY
MONCRIEF 1988 TRUST, and NEELY-
ROBERTSON    REVOCABLE    FAMILY
TRUST,

        Plaintiffs,

vs.                                                              No. CIV 12-0039 JB/SCY

CONOCOPHILLIPS COMPANY, LLC,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Joint Motion to Vacate Trial and Set New

Pretrial Deadlines, filed August 21, 2025 (Doc. 499)("Motion to Vacate").  The Court holds a

hearing on September 3, 2025.  See Clerk's Minutes at 1, filed September 3, 2025 (Doc. 505).  The

primary issue is whether the Court will continue the jury trial set for January 12, 2026.  See Motion

to Vacate at 1.  For the reasons stated on the record at the hearing, see Draft Transcript of Hearing

at 68:11-23 (taken September 3, 2025)(Court)("September 3, 2025, Tr.")[1], the Court denies the

Motion to Vacate.

      **IT IS ORDERED** that: (i) the request in the Joint Motion to Vacate Trial and Set New

Pretrial Deadlines, filed August 21, 2025 (Doc. 499), is denied.

---

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version.  Any final transcript may contain slightly different page and/or line numbers.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Brian K. Branch
The Law Office of Brian K. Branch
Albuquerque, New Mexico

-- and --

Bradley D. Brickell
Brickell & Associates, P.C.
Norman, Oklahoma

      *Attorneys for the Plaintiffs*

Mark F. Sheridan
Robert J. Sutphin
John C. Anderson
Adam G. Rankin
Holland & Hart LLP
Santa Fe, New Mexico

      *Attorneys for the Defendant*